## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **CAROL MacDOUGALL,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | **No. 2:10-cv-400-GZS** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 22) filed September 29, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

    /s/ George Z. Singal
United States District Judge

Dated this 20th day of October, 2011.